UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH LAUFER, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 3:20-cv-30033-KAR |
| THE LENOX INN, INC., a Massachusetts Corporation, | : |
| Defendant. | : |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Deborah Laufer voluntarily dismisses without prejudice the above-entitled action against Defendant The Lenox Inn, Inc. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Respectfully Submitted,

May 15, 2020

NJC Law, P.C.
245 River St., Unit 261
Fitchburg, MA 01420
ph. (978) 780-3200
ncarbonelaw@gmail.com
BBO No. 686813

By: *Nicholas J. Carbone*
    Nicholas J. Carbone, Esq.